**Anthony R. ELWOOD, Appellant,**

v.

**Linda SANDERS, Warden, FCI— Forrest City, Appellee.**

No. 05–1997.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 28, 2005.

Decided Nov. 2, 2005.

Anthony R. Elwood, Federal Correctional Institution, Forrest City, AR, pro se.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Anthony R. Elwood appeals the district court's * dismissal of Elwood's 28 U.S.C. § 2241 petition in which he contended he was being denied a transfer to a federal prison camp in violation of Bureau of Prisons' policy. Because Elwood has been released to a community corrections center during the pendency of this appeal, the appeal should be dismissed as moot. *See Mills v. Green,* 159 U.S. 651, 653, 16 S.Ct. 132, 40 L.Ed. 293 (1985) (when event occurs during pendency of appeal that renders it impossible to grant effective relief, court will dismiss appeal as moot).

Accordingly, we dismiss this appeal.

---

* The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties, in accordance with 28 U.S.C. § 636(c).